IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRUMAN COIN GROSS**  **PLAINTIFF**
**ADC #133755**

**V.**  **CASE NO. 4:20-cv-00116 JM**

**ASA HUTCHINSON,** *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case as frivolous; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 25th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE